JONATHAN ROSENBERG, PLLC  
137 Court Street, Fl. 2, Brooklyn, NY 11201  
Tel: (718) 715-4845 | Fax: (718) 797-1855  
Email: jonathan@rosenbergpllc.com

August 17, 2021

HON. PAUL A. CROTTY  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

      Re:    *USA v. David Hernando Cuevas Villacis*  
             21-cr-209

Your Honor:

    My office represents the defendant, David Hernando Cuevas Villacis, who was ordered to surrender to FXI Fort Dix SCP on Friday, August 20, 2021, to begin serving his fifteen (15) month sentence of incarceration.

    On August 17, 2021, the defendant notified my office that he had tested positive for COVID-19 pursuant to a polymerase chain reaction (PCR) test administered by AFC Urgent Care in North Begen, New Jersey. A copy of the test results are enclosed as an exhibit to this letter. My client is symptomatic and has flu-like symptoms.

    As a result of this serious development, we respectfully ask the Court to grant Mr. Cuevas a thirty-day extension of time to quarantine at home, and recover, before surrendering to the Bureau of Prisons. The Government does not consent to this application.

Respectfully submitted,

*[signature]*

Jonathan Rosenberg  
137 Court Street, Fl. 2  
Brooklyn, N.Y. 11201  
(718) 715-4845  
*Attorney for the Defendant*

cc:    *All Parties via ECF*  
       *Probation via Email*

8/19/2021  
The surrender date is extended to September 20, 2021. SO ORDERED.

*[signature: Paul A. Crotty]*